**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CSX TRANSPORTATION, INC.,**

    **Plaintiff,**

v.                                                                                   **Case No.  8:05-cv-473-T-30TGW**

**KINDER MORGAN ENERGY
PARTNERSHIP L.P.,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

    The Court has been advised via the Stipulated Motion to Extend Trial Deadlines to Allow Completion of Mediated Settlement (Dkt. #39) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on October 5, 2006.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record